No. 436. GRUMMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Rein, Joseph Forer* and *Victor Rabinowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 454. SILBER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 401. NATIONAL LABOR RELATIONS BOARD *v.* CELANESE CORP. OF AMERICA. C. A. 7th Cir. Certiorari denied. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Gerard D. Reilly* and *Joseph C. Wells* for respondent.

No. 414. CONFORTE *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Roger D. Foley,* Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 429. GIBRALTOR AMUSEMENTS, LTD., *v.* WURLITZER COMPANY ET AL. C. A. 2d Cir. Certiorari denied. *Eugene Gressman* and *George Becker* for petitioner. *Edward R. Neaher* for respondents.